# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br><br>Robert Francis Krebs<br>DOB: 1942; U.S. Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>18-02822MJ |

Complaint for violation of Title 18, United States Code § § 2113(a) and (d)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 12, 2018, at or near Tucson, in the District of Arizona, ROBERT FRANCIS KREBS, by force, violence, and intimidation, did take from the person or presence of another, money, namely approximately $8,384.84, belonging to and in the care, custody, control, management, and possession of the Pyramid Federal Credit Union located at 4491 North Oracle Road, Tucson, Arizona, a bank whose deposits were then insured by the National Credit Union Administration, and did so by assaulting any person, or putting in jeopardy the life of any person by the use of a dangerous weapon or device, that is, a black handgun/BB gun; all in violation of Title 18, United States Code, Sections 2113(a) and (d).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 12, 2018, a lone subject executed a bank robbery at Pyramid Federal Credit Union, a credit union whose deposits were then insured by the National Credit Union Administration, which is located at 4491 North Oracle Road, Tucson, Arizona. During the robbery, the subject (wearing no disguise) approached the bank teller counter carrying a black messenger bag. Subject pulled out a smaller black bag from the larger messenger bag and put it on the teller counter. The subject orally demanded that the teller give him all of the money and not to use any alarms. Subject placed a black handgun (later identified as a BB gun) on top of the small black bag with the handgun pointed at the bank teller's torso. The teller gave the subject approximately $4,259.50. Subject then moved to the next bank teller and demanded that the teller give him all of the money and not to use the alarms. The second bank teller gave the subject approximately $4,125.34. The subject took the money (totaling approximately $8,384.84) along with the pistol, messenger bag, and small black bag and left the bank. The subject was described as wearing large brown-rimmed reading glasses and wearing a sport coat. Bank surveillance video and photos were reviewed at the Credit Union and bait money was given to the subject by one of the tellers. The video and photos depict a thin, elderly man. On Saturday, January 13, 2018, the Tucson Police Department received information on the location of the subject fitting the description of the bank robber. The subject, later identified as 80 year-old ROBERT FRANCIS KREBS was subsequently arrested. A search of the subject's hotel room resulted in the identification and recovery of bait money and other money totaling approximately $7,500. During a search incident to KREBS' arrest, a black BB gun, similar to the gun used in the execution of the bank robbery, was found in a KREBS' bag within arm's reach

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**

DETENTION REQUESTED
COMPLAINT REVIEWED by AUSA Raquel Arellano

*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.*

Sworn to before me and subscribed in my presence.

SIGNATURE OF COMPLAINT

OFFICIAL TITLE & NAME:
Special Agent, James M. Keefe

SIGNATURE OF MAGISTRATE JUDGE[1]
Leslie A. Bowman

DATE
January 18, 2018

[1] See Federal rules of Criminal Procedure Rules 3 and 54