AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | | |
|---|---|---|
| United States of America<br>v.<br>Robert Francis Krebs<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 18-02822MJ |

FILED ✓ / RECEIVED
JAN 23 2018
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Robert Francis Krebs,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:2113(a) and (d) - bank robbery

Date: 1/18/2018

_Leslie A. Bowman_
_Issuing officer's signature_
U.S. MAGISTRATE JUDGE
LESLIE A. BOWMAN
_Printed name and title_

City and state: Tucson, AZ

### Return

This warrant was received on _(date)_ 1/18/18, and the person was arrested on _(date)_ 1/23/18
at _(city and state)_ Tucson, AZ.

Date: 1/23/18

_Arresting officer's signature_

JAMES KEEFE  FBI Special Agent
_Printed name and title_

Copies Distributed (USM 2 orig +1) AUSA, PTS.